UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | 3:17-mj-0005 CMK |
| vs. | |
| Desiree Lynn Jean Doll, | COMPLAINT FOR VIOLATION OF |
| Defendant. | 21 U.S.C 844(a) |
| | Possession of Controlled Substance |
| | – Methamphetamine (Misdemeanor) |

The undersigned complainant being duly sworn states:

That on or about March 5th, 2017, within the Eastern District of California, defendant Desiree Doll did knowingly and intentionally possess methamphetamine, in violation of Title 21 United States Code Section 844(a).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____ P. Sawtell #400
Law Enforcement Ranger,
U.S. Bureau of Land Management

Sworn to before me and subscribed in my presence this 6th day of March, 2017.

_____
Hon. Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
          vs.
Desiree Lynn Jean Doll

### STATEMENT OF FACTS

This complaint is based on the investigation completed by U.S. Bureau of Land Management (BLM) Law Enforcement Ranger, Peter Sawtell.

On March 5th, 2017, at approximately 1315 hours, I, BLM Law Enforcement Ranger Peter Sawtell, was patrolling public lands administered by the Bureau of Land Management with BLM Law Enforcement Ranger Darrin VonHelf. I saw a black Chevrolet van parked at the China Garden Trailhead on the Clear Creek Greenway. The van had a shattered front windshield and no front or rear license plate.

I could see Doll and a male in the back of the van. As I approached the van I saw Doll and the male moving around and it appeared to me they were trying to hide something. I ordered Doll and the male out of the vehicle. As Doll exited the vehicle she handed Ranger VonHelf a napkin filled with marijuana.

I spoke to the male while Ranger VonHelf spoke to Doll. The male told me that he and Doll had smoked methamphetamine approximately an hour and a half earlier and that there was "probably" a methamphetamine pipe in the vehicle. When I spoke to Doll she stated that she had smoked methamphetamine earlier in the day. I asked Doll if I could check her for weapons and she stated I could.

As I frisked Doll I felt a hard object in her right front pants pocket. I removed a pocket knife, lighter, and floss container from Doll's pocket and a baggie containing a

crystalline substance resembling methamphetamine came out of her pocket with the objects. I placed Doll in handcuffs and later told her she was under arrest. I later field tested the crystalline substance and it tested positive indicating the presence of methamphetamine.

I found a methamphetamine pipe, marijuana, and several open containers of alcohol in the vehicle where Doll and the male had been sitting. I identified Doll by her name and date of birth. Dispatch confirmed Doll's information. Dispatch confirmed that Doll had an outstanding federal warrant for an unpaid BLM ticket for public sex.

On the ride to jail and at the jail Doll made several spontaneous statements that she had picked up the baggie of methamphetamine from inside the van and put it in her pocket. Doll stated that there were approximately 2 grams of methamphetamine in the baggie. Doll was booked into jail on charges for 21 U.S.C. 844(a) - Possession of Controlled Substance - Methamphetamine, and the outstanding warrant.