# U.S. Bureau of Land Management
# United States District Court
# Violation Notice

**CVB Location Code:** CA56

**Violation No.:** L 0182049
**Officer Name (Print):** E. KEEFER
**Officer No.:** R163

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 4/17/16 1033
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — 43 CFR 8365.1-4(a)(2)

**Place of Offense:** CLEAR CREEK

**Offense Description:** DID CREATE A NUISANCE TO WIT: PUB[...] SE[...]

### DEFENDANT INFORMATION
**Last Name:** DOLL
**First Name:** DESIREE
**M.I.:**

**Tag No.:** 7RZZ113
**State:** CA
**Year:** 00
**Make/Model:** GMC
**Color:** RED

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 150 Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ 175 Total Collateral Due

**YOUR COURT DATE** (If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____
Time (hhmm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy
BLM Form 9260-9 (December 2006)

CVB SCAN MAY 04, 2016 10:55

---

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on 04/17/2016, while exercising my duties as a law enforcement officer in the EASTERN District of CALIFORNIA

PLEASE SEE ATTACHED PROBABLE CAUSE STATEMENT.

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/17/2016
Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy) — U.S. Magistrate Judge

CVB SCAN MAY 04, 2016 10:55