## Statement of Probable Cause

**Citation Number: L0182049**

**Defendant: Desiree Doll**

**Ranger Eric Keefer**

**US Bureau of Land Management Redding Field Office**

I state that on April 17, 2016, while exercising my duties as a law enforcement officer in the Eastern District of California, I observed Desiree Doll and Patrick McCartin creating a nuisance by having public sexual activity on Bureau of Land Management (BLM) administered lands in a developed recreation site in violation of 43 CFR 8365.1-4(a)(2) and CPC 647(a). Probable cause is based on the following facts:

While patrolling the Clear Creak Recreation Area in a marked law enforcement vehicle, I observed a Red GMC truck, California license number 7R22113, parked in the Gold Dredge parking lot. The vehicle had two occupants. I pulled my vehicle behind the truck and walked up to the driver's window. I did not activate my emergency lights. The occupants did not appear to notice my presence when I drove in or when I walked up to their vehicle. I looked into the vehicle and identified myself as a police officer. The windows were rolled down and I observed the operator (later identified as Patrick McCartin) and the passenger (later identified as Desiree Doll) in the front seat. They did not respond to my statement and were engaged in sexual conduct. Doll had her pants pulled down and McCartin was touching Doll's vagina. McCartin and Doll were in public view. McCartin stated they were just having a "little fun". McCartin and Doll later apologized for their actions.

The Gold Dredge parking lot is a popular developed parking area used by the public to access fishing, swimming, hiking, and other recreational activities. Vehicles in the parking lot are exposed to public view and there is no reasonable expectation of privacy. The recreation area was being used by the public and there were other vehicles parked in the lots at the time of the contact. The parking lot is adjacent to Clear Creek Road.

**The foregoing statement is based upon my personal observation and investigation. I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.**

*Eric Keefer* (signature)

**Eric Keefer**

**Law Enforcement Ranger**