UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Desiree Doll<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

3:17-mj-0005cmk

NO. L0182049

**DETENTION ORDER**

A.  Order For Detention
   After conducting a detention hearing pursuant to 18 U.S.C. §3142(f) of the Bail Reform
Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. §3142(e) and (i).

B.  Statement Of Reasons For The Detention
   The Court orders the defendant's detention because it finds:
   
   __X__ By a preponderance of the evidence that no condition or combination of conditions
   will reasonably assure the appearance of the defendant as required.
   _____ By clear and convincing evidence that no condition or combination of conditions
   will reasonably assure the safety of any other person and the community.

C.  Finding Of Fact
   The Court's findings are based on the evidence which was presented in Court and that
which was contained in the Pretrial Services Report, and includes the following:
   
   __X__ (1)  Nature and circumstances of the offense charged:
      __X__ (a)  The crime: _____
      
      _____
      is a serious crime and carries a maximum penalty of __$100,000 / 1 year__
      _____ (b)  The offense is a crime of violence.    incarceration
      __X__ (c)  The offense involves a narcotic drug.
      _____ (d)  The offense involves a large amount of controlled substances, to wit:
      _____
   
   __X__ (2)  The weight of the evidence against the defendant is high.
   __X__ (3)  The history and characteristics of the defendant including:
      (a)  General Factors:
         _____ The defendant appears to have a mental condition which may
            affect whether the defendant will appear.
         _____ The defendant has no family ties in the area.
         __X__ The defendant has no steady employment.
         _____ The defendant has no substantial financial resources.
         _____ The defendant is not a long time resident of the community.
         __X__ The defendant does not have any significant community ties.
         __X__ Past conduct of the defendant: __Defendant has__
            __previously failed to appear__
         _____
         __X__ The defendant has a history relating to drug abuse.
         _____ The defendant has a history relating to alcohol abuse.
         _____ The defendant has a significant prior criminal record.
         __X__ The defendant has a prior record of failure to appear at court
            proceedings.

(b) Whether the defendant was on probation, parole, or release by a court:
At the time of the current arrest, the defendant was on:

_____Probation

_____Parole

_____Release pending trial, sentence, appeal or completion of sentence.

(c) Other Factors:

_____The defendant is an illegal alien and is subject to deportation.

_____The defendant is a legal alien and will be subject to deportation if convicted.

__X__ Other: Defendant is unable to provide the court with an address.

_____(4) The nature and seriousness of the danger posed by the defendant's release are as follows: _____

_____(5) Rebuttable Presumptions

In determining that the defendant should be detained, the Court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. §3142(e) which the Court finds the defendant has not rebutted:

_____a. That no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of any other person and the community because the Court finds that the crime involves:

_____(A) A crime of violence; or

_____(B) An offense for which the maximum penalty is life imprisonment or death; or

_____(C) A controlled substance violation which has a maximum penalty of 10 years or more; or

_____(D) A felony after the defendant had been convicted or two or more prior offenses described in (A) through (C) above,

and the defendant has a prior conviction for one of the crimes mentioned in (A) through (C) above which is less than five years old and which was committed while the defendant was on pretrial release.

_____b. That no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community because the Court finds that there is probable cause to believe:

_____(A) That the defendant has committed a controlled substance violation which has a maximum penalty of 10 years or more.

_____(B) That the defendant has committed an offense under 18 U.S.C. §924(c) (uses or carries a firearm during and in relation to any crime of violence, including a crime of violence, which provides for an enhanced punishment if committed by the use of a deadly or dangerous weapon or device).

D. Additional Directives

Pursuant to 18 U.S.C. §3142(i)(2)–(4), the Court directs that:

The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal; and

The defendant be afforded reasonable opportunity for private consultation with his ocunsel; and

That, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED: 3-6-17

_____
UNITED STATES MAGISTRATE